# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>1.  Alayjia Tremble A.K.A Alayjia McCrae<br>2.  David Watts; and<br>3.  Jeffery Benson. | Case No.: 21- 3096 MJ<br><br>**CRIMINAL COMPLAINT** |

I, the undersigned complainant, being duly sworn, state that the following is true and correct to the best of my knowledge and belief:

### Count One
### Conspiracy to Commit Bankruptcy Fraud
### (18 U.S.C. § 371)

Beginning around December 2019 through October 2020, in the District of Arizona, the defendants, MCCRAE, WATTS, and BENSON, conspired, confederated, and agreed with each other and others, known and unknown, to commit the following offenses against the United States:

a. Bankruptcy Fraud in violation of 18 U.S.C. § 157 and 2.

b. Fraudulently Falsified Recorded Information in violation of 18 U.S.C. § 152(8).

Overt acts were committed in furtherance of the conspiracy including but not limited to the overt acts detailed in paragraphs 3-31 and 33-46 of the attached affidavit.

All in violation of Title 18 United States Code, Section 371.

### Counts Two Through Five
### Bankruptcy Fraud
### (18 U.S.C. § 157)

On or about the dates specified below, each instance being a separate count of this complaint, in the District of Arizona, Maricopa County, Arizona, the defendants, ALAYJIA TREMBLE A.K.A ALAYJIA MCCRAE, DAVID WATTS, and JEFFERY BENSON, devised a scheme and artifice to defraud, and for the purpose of executing such scheme and attempting to do so, made a false and fraudulent representation, claim and promise concerning or in relation to a proceeding under Title 11, to wit: MCCRAE falsified her bankruptcy schedules by listing that she had a legal or equitable interest in certain properties.

| Count # | Date (on or about) | Debtor | Bankruptcy Case | Property named as legal or equitable interest in |
|---------|---------|---------|------------------|---------|
| 2 | 1/7/2020 | MCCRAE | 2:20-bk-00154-MCW | XXXX E. Augusta Ave., Chandler, AZ 85249 |
| 3 | 3/3/2020 | MCCRAE | 2:20-bk-02141-DPC | XXXXX E. Desert Spoon Drive, Queen Creek, AZ 85142 |
| 4 | 5/5/2020 | MCCRAE | 2:20-bk-04723-DPC | XXXX E. Kenwood St., Mesa, AZ 85213 |
| 5 | 7/20/2020 | MCCRAE | 2:20-bk-08391-BKM | XXXX E. Spur Dr., Cave Creek, AZ 85331 |

All in violation of Title 18, United States Code, Section 157(3) and 2.

## Counts Six Through Eight
## Fraudulently Falsified Recorded Information
## (18 U.S.C. § 152(8))

On or about the dates specified below, in Maricopa County, in the District of Arizona, WATTS, in and in relation to a Title 11 bankruptcy cases filed by MCCRAE in case numbers 2:20-bk-00154-MCW, 2:20-bk-04723-DPC, and 2:20-bk-04723-DPC, did knowingly and fraudulently falsify, or make a false entry in any recorded information relating to the property of debtor MCCRAE, to wit: forged warranty deeds as detailed below filed with the Maricopa County Recorder:

| Count | Date (on or about) | Perpetrator | Document | Identity(s) | Fraudulent Entry | Property |
|-------|---------|-------------|----------|-------------|------------------|----------|
| 6 | 1/14/2020 | WATTS | Warranty Deed | JB and JB2 | Signature | XXXX E. Augusta Ave, Chandler, AZ 85249 |
| 7 | 3/13/2020 | WATTS | Warranty Deed | BZ | Signature | XXXXX E. Desert Spoon Drive, Queen Creek, AZ 85142 |
| 8 | 5/26/2020 | WATTS | Warranty Deed | WM and RM | Signature | XXXX E. Kenwood St., Mesa, AZ 85213 |

All in violation of Title 18 United States Code, Section 152(8).

I further state that I am a Special Agent with the Federal Bureau of Investigation ("FBI") and that this complaint is based on the following facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein.**

Continued on the attached sheet and made a part hereof:        ☒ Yes        ☐ No

AUTHORIZED BY: Kevin Rapp, AUSA

SA Troy Cofer
Name of Complainant

Signature of Complainant

Sworn to before me *Telephonically*
*3-9-21*
Date

at        Phoenix, Arizona
City and State

HONORABLE MICHAEL T. MORRISSEY
United States Magistrate Judge
Name & Title of Judicial Officer

*M Morrissey*
Signature of Judicial Officer

## STATEMENT OF PROBABLE CAUSE

I, Troy Cofer, being duly sworn, hereby depose and state as follows:

1.     I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been employed with the FBI since September 2019.  I am authorized to investigate violations of laws of the United States.  I am a law enforcement officer with authority to execute arrest, search, and seizure warrants under the authority of 18 U.S.C. § 3052. I have a bachelor's degree in Operations Management and a master's degree in Finance.  I was trained at the FBI Academy in Quantico, Virginia, and I am currently assigned to the Phoenix Division's Complex Financial Crimes Squad, specializing in a variety of financial investigations.

2.     The Statement of Probable Cause is intended to show only that there is sufficient probable cause for the requested Arrest Warrants and does not set forth all of my knowledge about this matter.  The facts in this Statement of Probable Cause come from my personal observations, my training, experience, and information obtained from other agents and witnesses.

## INVESTIGATION

3.     In October 2020, the Phoenix office of the FBI initiated an investigation into ALAYJIA TREMBLE a.k.a ALAYJIA MCCRAE (MCCRAE), DAVID WATTS (WATTS), and JEFFERY BENSON (BENSON).  The investigation concerned whether MCCRAE, WATTS, and BENSON knowingly and intentionally conspired together in a scheme to commit bankruptcy fraud by filing fraudulent bankruptcy schedules and recording fraudulent Warranty Deeds on properties not owned by them.  MCCRAE filed for bankruptcy at least four times in 2020.  In each case, MCCRAE listed a different residential property on the bankruptcy schedule wherein MCCRAE claimed to have a legal or equitable interest.  MCCRAE did not own or have an interest in the properties.  The properties MCCRAE listed on the bankruptcy schedule were either scheduled for foreclosure or listed for sale.  After the bankruptcy schedule was filed in United States Bankruptcy Court, District of Arizona, by MCCRAE, and attached to the property, the

foreclosure process or sale of the property for the rightful property owner would be delayed due to an additional debtor on the property. In a matter of days after MCCRAE filed for bankruptcy, listing a property as an asset, WATTS would fraudulently record a Warranty Deed on the related property. WATTS, accompanied by BENSON, had Warranty Deeds notarized, forged the rightful property owner's signature, and recorded them with the Maricopa County Recorder, attempting to grant the property to WATTS or an entity controlled by WATTS. It remains unknown what MCCRAE, WATTS, and BENSON were going to do with the subject properties once they gained ownership.

**Bankruptcy and Property One**

4.     On or about January 7, 2020, MCCRAE filed a bankruptcy schedule related to bankruptcy case, 2:20-bk-00154-MCW, in United States Bankruptcy Court, District of Arizona. MCCRAE listed, XXXX E. Augusta Ave., Chandler, AZ 85249 as a property that MCCRAE had a $25,000 legal or equitable interest in. On or about January 17, 2020, the United States Bankruptcy Court, District of Arizona dismissed MCCRAE'S bankruptcy case for failing to file a list of creditors in the proper format.

5.     On or about January 14, 2020, WATTS recorded a Warranty Deed with the Maricopa County Recorder, for the property, XXXX E. Augusta Ave., Chandler, AZ 85249. The Warranty Deed listed JB and JB2 as "Grantor(s)," and Properties 2020 LLC of XXX E. Southern Ave., Tempe AZ 85282 as the "Grantee(s)." WATTS listed himself as the individual to appear before the Notary Public. WATTS provided PC, a Notary Public, with his Arizona Driver's License, signature, and thumb print to have the Warranty Deed notarized.

6.     The FBI interviewed JB. In late 2019, JB and JB2, the rightful owners of the property, worked through a foreclosure with their bank on XXXX E. August Ave., Chandler, AZ 85249. Neither JB nor JB2 signed a Warranty Deed for their property, granting it to WATTS or Properties 2020 LLC. Neither JB nor JB2 had any interaction with or any idea who MCCRAE, WATTS, or PC was.

2

7.      A search for the address listed on the Warranty Deed for Properties 2020 LLC, XXX E. Southern Ave., Tempe, AZ 85282 revealed it is a United States Post Office.

8.      No results were found during a search on the Arizona Corporation Commission website for the entity Properties 2020 LLC.

**Bankruptcy and Property Two**

9.      On or about March 3, 2020, MCCRAE filed a bankruptcy schedule related to bankruptcy case, 2:20-bk-02141-DPC, in United States Bankruptcy Court, District of Arizona. MCCRAE listed XXXXX E. Desert Spoon Drive, Queen Creek, AZ 85142 as a property that MCCRAE had a legal or equitable interest in. On or about March 13, 2020, the United States Bankruptcy Court, District of Arizona dismissed MCCRAE'S bankruptcy case for failing to file a list of creditors in the proper format.

10.     On or about March 13, 2020, WATTS recorded a Warranty Deed with the Maricopa County Recorder, for the property, XXXXX E. Desert Spoon Dr, Queen Creek, AZ 85142. The Warranty Deed listed BZ as "Grantor(s)," and GCP Goldstone Properties LLC of XXXX E. Apache Blvd., Tempe, AZ 85281 as the "Grantee(s)." WATTS listed himself as an authorized representative and the individual to appear before the Notary Public.  WATTS provided PC, a Notary Public, with his Arizona Driver's License, signature, and thumb print to have the Warranty Deed notarized.

11.     The FBI interviewed BZ. In late 2019, BZ the rightful owner of the property fell behind on mortgage payments and worked directly with the bank on a loan modification for XXXXX E. Desert Spoon Dr., Queen Creek, AZ 85142. BZ did not sign a Warranty Deed for BZ's property, granting it to WATTS or GCP Goldstone Properties LLC. BZ had no interaction with or any idea who MCCRAE, WATTS, or PC was.

12.     In late March 2020, BZ's security cameras at XXXXX E. Desert Spoon Dr., Queen Creek, AZ 85142 captured an unknown individual looking into BZ's home at nighttime while talking on the phone to another individual. From the security footage, the unknown individual looking into BZ's home matches the description of WATTS. *(photograph #1)*

3



13.    The following day, two unknown individuals showed up at XXXXX E. Desert Spoon Dr., Queen Creek, AZ 85142.  From the security footage, the two unknown individuals that showed up at BZ's home match the descriptions of WATTS and BENSON. The individuals can be heard on the security footage audio discussing cutting the security camera down. *(photograph #2)*



14.    On a different day, an unknown individual matching the description of WATTS, returned to XXXXX E. Desert Spoon Dr., Queen Creek, AZ 85142. BZ's wife confronted the individual believed to be WATTS, on what his purpose was at the property. The individual believed to be WATTS, informed BZ's wife he owned the property. A photo of the individual believed to be WATTS, taken by BZ's wife, shows the individual holding a copy of the fraudulent Warranty Deed filed by WATTS. In front of BZ's wife, the individual matching the description of WATTS, called another individual on the telephone and informed the individual the property owner was home. The individual on the phone told the individual believed to be WATTS, to leave the property immediately. *(photographs #3 and #4)*



#3



#4

15.    A search for the address listed on the Warranty Deed for GCP Goldstone Properties LLC, XXXX E. Apache Blvd., Tempe, AZ 85281 revealed it is a United States Post Office.

16.    No results were found during a search on the Arizona Corporation Commission website for the entity GCP Goldstone Properties LLC.

**Bankruptcy and Property Three**

17.    On or about May 5, 2020, MCCRAE filed a bankruptcy schedule related to bankruptcy case, 2:20-bk-04723-DPC, in United States Bankruptcy Court, District of Arizona.  MCCRAE listed XXXX E. Kenwood St., Mesa, AZ 85213 as a property that MCCRAE had a legal or equitable interest in.  On or about June 4, 2020, the United States Bankruptcy Court, District of Arizona dismissed MCCRAE'S bankruptcy case for failing to pay the filing fee as ordered by the court.

18.    On or about May 26, 2020, WATTS recorded a Warranty Deed with the Maricopa County Recorder, for the property, XXXX E. Kenwood St., Mesa, AZ 85213. The Warranty Deed listed WM and RM as "Grantor(s)," and GTL Grandavenue Properties LLC at XXXX E. Apache Blvd., Tempe, AZ 85281 as the "Grantee(s)."  WATTS listed himself as an authorized representative and the individual to appear before the Notary Public.  WATTS provided PP, a Notary Public, with his Arizona Driver's License to have the Warranty Deed notarized.

19.    The FBI interviewed RM.  In early 2020, after RM's husband died, RM the rightful property owner went into foreclosure on XXXX E. Kenwood Street, Mesa, AZ 85213.  RM did not sign a Warranty Deed for RM's property, granting it to WATTS or GTL Grandavenue Properties LLC.  RM had no interaction with and any idea who MCCRAE, WATTS, or PP was.

20.    A search for the address listed on the Warranty Deed for GTL Grandavenue Properties LLC, XXXX E. Apache Blvd., Tempe, AZ 85281 revealed it is a United States Post Office

21. No results were found during a search on the Arizona Corporation Commission website for the entity GTL Grandavenue Properties LLC.

**Bankruptcy and Property Four**

22. On or about July 20, 2020, MCCRAE filed a bankruptcy schedule related to bankruptcy case, 2:20-bk-08391-BKM, in United States Bankruptcy Court, District of Arizona. MCCRAE listed XXXX E. Spur Drive, Cave Creek, AZ 85331 as a property that MCCRAE had a legal or equitable interest in. On or about August 6, 2020, the United States Bankruptcy Court, District of Arizona dismissed MCCRAE'S bankruptcy case for failing to pay the filing fee as ordered by the court.

23. On or about July 30, 2020, WATTS recorded a Warranty Deed with the Maricopa County Recorder, for the property, lot #52 in Tatum Highlands parcel two south, which correlates to XXXX E. Spur Drive, Cave Creek, AZ 85331. The Warranty Deed listed CH as "Grantor(s)," and Candlelight Loom LLC as the "Grantee(s)." WATTS listed himself as an authorized representative and provided a Certificate of Acknowledgment with the Warranty Deed, stating acceptance of the deed in the capacity of Candlelight Loom LLC. WATTS had PP, a Notary Public, notarize the Warranty Deed.

24. The FBI interviewed JS, a real estate agent who around September 2020 closed on the property sale of XXXX E. Spur Drive, Cave Creek, AZ 85331. JS recalled seeing an unknown individual drilling out the deadbolt on the front door of the property around August 2020. When JS asked the unknown individual what was going on, the individual explained they were hired by the property owner to replace the lock. JS represented the property owner and knew they did not make this request. JS contacted WATTS who claimed to be the property owner.

25. WATTS emailed JS a copy of the Warranty Deed he filed, informing her of his ownership of the property. Given JS's years of experience in the real estate industry and affiliation with the rightful property owners, JS immediately recognized the Warranty Deed as fraudulent.

26.     After the lock on the front door was changed two individuals showed up at XXXX E. Spur Drive, Cave Creek, AZ 85331 to collect the new keys. JS's husband was at the property and took a photo of the individuals. Based on the photo taken, one of the individuals matches the description of BENSON. Part of the face of the other individual is covered up, based on the totality of circumstances, the features that can be seen, and the email communication from WATTS to JS, it is believed WATTS is one of the individuals in the photo with BENSON. *(photograph #5)*



## Notary Public, PC

27.     The FBI interviewed PC, a Notary Public. Beginning in late 2019, WATTS and another unknown black male approached PC on three occasions to have three documents notarized. PC notarized three Warranty Deeds for WATTS, at a cost of $10.00 per document.

8

28.    Two of the Warranty Deeds notarized by PC were for properties XXXX E. Augusta Ave, Chandler, AZ 85249 and XXXXX E. Desert Spoon Drive, Queen Creek, AZ 85142. The FBI presented copies of the two Warranty Deeds PC notarized, as filed with the Maricopa County Recorder. PC identified names and signatures that were not present when PC notarized the Warranty Deeds. PC confirmed only WATTS's name and information was on the documents when notarized.

29.    After leaving PC, additional signatures were added to the Warranty Deeds. PC became aware of the altered documents after the fact by way of communications with the Arizona Attorney General's Office and the Arizona Secretary of State.

30.    The FBI presented to PC the driver's license photographs of WATTS and BENSON. The FBI also presented an additional set of photographs of WATTS and BENSON. PC identified WATTS in the photos. PC also identified BENSON in the photos as the previously unknown black male that accompanied WATTS when having the Warranty Deeds notarized. *(photographs #6 and #7)*



31.    PC allowed the FBI to review and copy PC's notary book. WATTS provided to PC his signature, thumbprint, and driver's license number, D10070212, for each document notarized.

9

**COUNT ONE**
**CONSPIRACY**
**(18 U.S.C. § 371)**

32.     Beginning around December 2019 through October 2020, in the District of Arizona, the defendants, MCCRAE, WATTS, and BENSON, conspired, confederated, and agreed with each other and others, known and unknown, to commit the following offenses against the United States:

a. Bankruptcy Fraud in violation of 18 U.S.C. § 157 and 2.

b. Fraudulently Falsified Recorded Information in violation of 18 U.S.C. § 152(8).

Overt acts were committed in furtherance of the conspiracy, including but not limited, to the overt acts detailed in paragraphs 3-31 and 33-46.

All in violation of Title 18 United States Code, Section 371.

33.     MCCRAE listed the property at XXXX E. Augusta Ave., Chandler, AZ 85249 as an asset on her asset schedule in conjunction with a bankruptcy she filed. Within seven days, WATTS fraudulently recorded a Warranty Deed with the Maricopa County Recorder for XXXX E. Augusta Ave., Chandler, AZ 85249, attempting to grant himself ownership of XXXX E. Augusta Ave., Chandler, AZ 85249.

34.     MCCRAE listed the property at XXXXX E. Desert Spoon Drive, Queen Creek, AZ 85142 as an asset on her asset schedule in conjunction with a bankruptcy she filed. Within ten days, WATTS fraudulently recorded a Warranty Deed with the Maricopa County Recorder for XXXXX E. Desert Spoon Drive, Queen Creek, AZ 85142, attempting to grant himself ownership of XXXXX E. Desert Spoon Drive, Queen Creek, AZ 85142.

35.     MCCRAE listed the property at XXXX E. Kenwood St., Mesa, AZ 85213 as an asset on her asset schedule in conjunction with a bankruptcy she filed. Within twenty-one days, WATTS fraudulently recorded a Warranty Deed with the Maricopa County Recorder for XXXX E. Kenwood St., Mesa, AZ 85213, attempting to grant himself ownership of XXXX E. Kenwood St., Mesa, AZ 85213.

36.     MCCRAE listed the property at XXXX E. Spur Drive, Cave Creek, AZ 85331 as an asset on her asset schedule in conjunction with a bankruptcy she filed. Within

ten days, WATTS fraudulently recorded a Warranty Deed with the Maricopa County Recorder for XXXX E. Spur Drive, Cave Creek, AZ 85331, attempting to grant himself ownership of XXXX E. Spur Drive, Cave Creek, AZ 85331.

37.     Around March 2020, the video security system at XXXXX E. Desert Spoon Dr., Queen Creek, AZ 85142 captured two individuals together at the property matching the description of WATTS and BENSON.

38.     Around August 2020, a real estate agent's husband took a photo of individuals that showed up together to collect keys after a lock was replaced at XXXX E. Spur Drive, Cave Creek, AZ 85331.  One of the individuals matches the description of BENSON. From the partial features that can be seen of the other individual and the totality of circumstances, the other individual matches the description of WATTS.

39.     PC, a Notary Public, identified WATTS and BENSON in photos as the individuals that together, requested notary services for Warranty Deeds of properties XXXX E. Augusta Ave., Chandler, AZ 85249 and XXXXX E. Desert Spoon Drive, Queen Creek, AZ 85142.

## COUNTS TWO THROUGH FIVE
## BANKRUPTCY FRAUD
### (18 U.S.C. § 157 and 2)

40.   On or about the dates specified below, in the District of Arizona the defendants, MCCRAE, WATTS and BENSON, with the intent to devise a scheme and artifice to defraud, ,and for the purpose of executing and concealing said scheme and artifice, filed a petition under Title 11, United States Code, made a false and fraudulent representation, claim, and promise concerning and in relation to a proceeding under Title 11, United States Code, to wit:  by falsely claiming equitable title in certain property as detailed below:

11

| Count # | Date (on or about) | Debtor | Bankruptcy Case | Property named as legal or equitable interest in |
|---------|--------------------|--------|-----------------|--------------------------------------------------|
| 2 | 1/7/2020 | MCCRAE | 2:20-bk-00154-MCW | XXXX E. Augusta Ave., Chandler, AZ 85249 |
| 3 | 3/3/2020 | MCCRAE | 2:20-bk-02141-DPC | XXXXX E. Desert Spoon Drive, Queen Creek, AZ 85142 |
| 4 | 5/5/2020 | MCCRAE | 2:20-bk-04723-DPC | XXXX E. Kenwood St., Mesa, AZ 85213 |
| 5 | 7/20/2020 | MCCRAE | 2:20-bk-08391-BKM | XXXX E. Spur Dr., Cave Creek, AZ 85331 |

All in violation of Title 18, United States Code, Sections 157 and 2.

41.    On or about March 3, 2020, MCCRAE filed a bankruptcy schedule related to bankruptcy case, 2:20-bk-02141-DPC, in United States Bankruptcy Court, District of Arizona. MCCRAE listed XXXXX E. Desert Spoon Drive, Queen Creek, AZ 85142 as a property that MCCRAE had a legal or equitable interest in. On or about March 13, 2020, the United States Bankruptcy Court, District of Arizona dismissed MCCRAE'S bankruptcy case for failing to file a list of creditors in the proper format. From an interview with the rightful property owner, MCCRAE did not have a legal or equitable interest in the property. MCCRAE falsified her bankruptcy schedule by listing that she had a legal or equitable interest in the property.

42.    On or about May 5, 2020, MCCRAE filed a bankruptcy schedule related to bankruptcy case, 2:20-bk-04723-DPC, in United States Bankruptcy Court, District of Arizona. MCCRAE listed XXXX E. Kenwood St., Mesa, AZ 85213 as a property that MCCRAE had a legal or equitable interest in. On or about June 4, 2020, the United States Bankruptcy Court, District of Arizona dismissed MCCRAE'S bankruptcy case for failing to pay the filing fee as ordered by the court. From an interview with the rightful property owner, MCCRAE did not have a legal or equitable interest in the property. MCCRAE

falsified her bankruptcy schedule by listing that she had a legal or equitable interest in the property.

43.     On or about July 20, 2020, MCCRAE filed a bankruptcy schedule related to bankruptcy case, 2:20-bk-08391-BKM, in United States Bankruptcy Court, District of Arizona. MCCRAE listed XXXX E. Spur Drive, Cave Creek, AZ 85331 as a property that MCCRAE had a legal or equitable interest in. On or about August 6, 2020, the United States Bankruptcy Court, District of Arizona dismissed MCCRAE'S bankruptcy case for failing to pay the filing fee as ordered by the court. From an interview with an individual affiliated with the property, MCCRAE did not have a legal or equitable interest in the property. MCCRAE falsified her bankruptcy schedule by listing that she had a legal or equitable interest in the property.

## COUNTS SIX THROUGH EIGHT
## FRAUDULENTLY FALSIFIED RECORDED INFORMATION
## (18 U.S.C. § 152(8))

44.     On or about the dates specified below, in Maricopa County, in the District of Arizona, WATTS, in and in relation to a Title 11 bankruptcy cases filed by MCCRAE in case numbers 2:20-bk-00154-MCW, 2:20-bk-04723-DPC and 2:20-bk-04723-DPC did knowingly and fraudulently falsify, or make a false entry in any recorded information relating to the property of debtor MCCRAE, to wit: forged warranty deeds as detailed below filed with the Maricopa County Recorder:

| Count | Date (on or about) | Perpetrator | Document | Identity(s) | Fraudulent Entry | Property |
|-------|--------------------|-------------|----------|-------------|------------------|----------|
| 6 | 1/14/2020 | WATTS | Warranty Deed | JB and JB2 | Signature | XXXX E. Augusta Ave, Chandler, AZ 85249 |

| 7 | 3/13/2020 | WATTS | Warranty Deed | BZ | Signature | XXXXX E. Desert Spoon Drive, Queen Creek, AZ 85142 |
|---|---|---|---|---|---|---|
| 8 | 5/26/2020 | WATTS | Warranty Deed | WM and RM | Signature | XXXX E. Kenwood St., Mesa, AZ 85213 |

All in violation of Title 18 United States Code, Section 152(8).

45.     On or about January 14, 2020, WATTS recorded a Warranty Deed with the Maricopa County Recorder, for the property, XXXX E. Augusta Ave., Chandler, AZ 85249. The Warranty Deed listed JB and JB2 as "Grantor(s)", and Properties 2020 LLC of XXX E. Southern Ave., Tempe AZ 85282 as the "Grantee(s)". WATTS listed himself as the individual to appear before the Notary Public. WATTS provided PC, a Notary Public, with his Arizona Driver's License to have the Warranty Deed notarized. The Warranty Deed had the signatures of JB and JB2. Neither JB nor JB2 signed the Warranty Deed; the signatures were fraudulently put on the document after PC notarized the document.

46.     On or about March 13, 2020, WATTS recorded a Warranty Deed with the Maricopa County Recorder, for the property, XXXXX E Desert Spoon Dr, Queen Creek, AZ 85142. The Warranty Deed listed BZ as "Grantor(s)", and GCP Goldstone Properties LLC of 1962 E. Apache Blvd., Tempe, AZ 85281 as the "Grantee(s)". WATTS listed himself as an authorized representative and the individual to appear before the Notary Public. WATTS provided PC, a Notary Public, with his Arizona Driver's License to have the Warranty Deed notarized. The Warranty Deed had the signature of BZ. BZ did not sign the Warranty Deed; the signature was fraudulently put on the document after PC notarized the document.

14

47.     On or about May 26, 2020, WATTS recorded a Warranty Deed with the Maricopa County Recorder, for the property, XXXX E. Kenwood St., Mesa, AZ 85213. The Warranty Deed listed WM and RM as "Grantor(s)", and GTL Grand avenue Properties LLC at XXXX E. Apache Blvd., Tempe, AZ 85281 as the "Grantee(s)". WATTS listed himself as an authorized representative and the individual to appear before the Notary Public. WATTS provided PP, a Notary Public, with his Arizona Driver's License to have the Warranty Deed notarized. The Warranty Deed had the signature of WM and RM. Neither RM nor WM signed the Warranty Deed; the signatures were fraudulently put on the document after PC notarized the document.

48.     Based upon the aforementioned facts, I believed that probable cause exists that, starting around December 2019, through October 2020, ALAYJIA TREMBLE a.k.a ALAYJIA MCCRAE, DAVID WATTS, and JEFFERY BENSON conspired together in a scheme to commit Bankruptcy Fraud (18 U.S.C. § 371), Fraudulently Falsified Recorded Information (18 U.S.C. § 152(8)), and committed Bankruptcy Fraud (18 U.S.C. § 157). Lastly, WATTS Fraudulently Falsified Recorded Information in violation of 18 U.S.C. §152(8).

49.     Accordingly, the FBI seeks an Arrest Warrant for ALAYJIA TREMBLE a.k.a ALAYJIA MCCRAE, DAVID WATTS, and JEFFERY BENSON.

Respectfully submitted,

_____
Troy Cofer, Special Agent
Federal Bureau of Investigation
Phoenix, Arizona

SUBSCRIBED AND SWORN to before me this ___ day of March, 2021.

_____
HONORABLE MICHAEL T. MORRISSEY
United States Magistrate Judge

15